| | |
|---|---|
| ☒ Recording requested by a return to:<br>Uzzi O. Raanan (State Bar No. 162747)<br>uraanan@dgdk.com<br>Danning, Gill, Diamond & Kollitz, LLP<br>1900 Avenue of the Stars, 11th Floor<br>Los Angeles, California 90067-2904<br>Telephone: (310) 277-0077<br>Facsimile: (310) 277-5735 | FOR COURT USE ONLY |
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br><br>EZRI NAMVAR,<br><br>                                                                 Debtor | CASE NUMBER: 2:08-bk-32349-BR<br><br>ADVERSARY NUMBER: 2:11-ap-01340-BR |
| R. TODD NEILSON, Trustee for the Chapter 11 Estate of Ezri Namvar, et al.,<br><br>                                                                 Plaintiff<br>vs.<br>SHAHRAM ELYASZADEH,<br><br>                                                                 Defendant | **ABSTRACT OF JUDGMENT** |

The Judgment Creditor applies for an abstract of judgment and represents:

1. The Judgment Debtor's:

   a.  Name and address          Shahram Elyaszadeh
                                  11911 San Vicente Blvd., #255
                                  Los Angeles, CA 90049

                                  ☐ Address Unknown

   b.  Driver's License No.      _____    ☒ Unknown

   c.  Social Security No.       _____    ☒ Unknown

2. The Summons was personally served at, or mailed to (address):

Shahram Elyaszadeh
11911 San Vicente Blvd., #255
Los Angeles, CA 90049

3. ☐ Information regarding additional judgment debtors is shown on reverse side.

Dated:    September 26, 2013

_____
(Signature of Judgment Creditor or Attorney)
Uzzi O. Raanan
Attorney for R. Todd Neilson, as Chapter 11 Trustee for the Estate of Ezri Namvar

(Continued on Reverse Side)

Abstract of Judgment – Page Two

| In re:<br>EZRI NAMVAR | (SHORT TITLE)<br><br>Debtor(s). | CHAPTER 11<br><br>ADVERSARY NO.: 2:11-ap-01340-BR |
|---|---|---|

4. I certify that in the above-entitled action and Court, Judgment was entered on <u>August 13, 2013</u>, in favor of Plaintiffs <u>R. Todd Neilson, Trustee for the Chapter 11 Estate of Ezri Namvar</u> and against <u>Shahram Elyaszadeh</u> for

$974,676.00     Total Principal For Four (4) Transfers, (See attached Default Judgment entered 8/13/13 and Order Granting Motion.)

$9,721.07       Total Interest For Four (4) Transfers, (See attached Default Judgment entered 8/13/13 and Order Granting Motion)

1/25/08 to 8/13/13=2,207 days @ $0.12% per annum/$0.06 per diem=$111.49

2/26/08 to 8/13/13=1,995 days @ $0.12% per annum/$4.73 per diem=$9,426.38

3/19/08 to 8/13/13=1,973 days @ $0.12% per annum/$0.05 per diem=$95.39

4/11/08 to 8/13/13=1,950 days @ $0.12% per annum/$0.05 per diem=$87.81

$0.00           Attorney's Fees, and

$250.00         Costs.

A lien in favor of a judgment creditor is:

☒ not endorsed on the judgment.

☐ endorsed on the judgment as follows:

  1. Amount $0.00 _____

  2. In favor of (name) _____

A stay of execution has:

☒ not been ordered by the Court.

☐ been ordered by the Court effective until (date): _____

Attested this ___ day of October 2013

*Kathleen J. Campbell* (signature)

KATHLEEN J. CAMPBELL
Clerk of the Bankruptcy Court

By: _____
    Deputy Clerk

Information regarding additional judgment debtors:

_____

_____

_____

COPY

1  UZZI O. RAANAN (State Bar No. 162747)
   uraanan@dgdk.com
2  DANNING, GILL, DIAMOND & KOLLITZ, LLP
   1900 Avenue of the Stars, 11th Floor
3  Los Angeles, California 90067
   Telephone:  (310) 277-0077
4  Facsimile:   (310) 277-5735

5  Attorneys for Plaintiff R. Todd Neilson, Chapter
   11 Trustee
6

**FILED & ENTERED**

AUG 13 2013

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY mendoza DEPUTY CLERK

7

8                   UNITED STATES BANKRUPTCY COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10                          LOS ANGELES DIVISION

11  In re                                      Case No. 2:08-bk-32349-BR

12  EZRI NAMVAR,                               Chapter 11

13         Debtor.

14                                             Adv. No. 2:11-ap-01340-BR
    R. TODD NEILSON, AS CHAPTER 11
15  TRUSTEE FOR THE BANKRUPTCY                 **DEFAULT JUDGMENT**
    ESTATE OF EZRI NAMVAR,
16
           Plaintiff,
17                                             Date:  July 16, 2013
       vs.                                     Time:  10:00 a.m.
18                                             Place: Courtroom "1668"
    SHAHRAM ELYASZADEH, an individual,                255 E. Temple Street
19                                                    Los Angeles, CA
           Defendant.
20

21         On July 16, 2013, the Motion (the "Motion") for Entry of Default Judgment Against

22  Defendant Shahram Elyaszadeh (the "Defendant"), filed by plaintiff R. Todd Neilson, the Chapter

23  11 Trustee (the "Trustee" or "Plaintiff") for the bankruptcy estate of Ezri Namvar (the "Debtor" or

24  the "Namvar Estate"), came on for a hearing in the above-entitled Court.

25         The Court having read and considered the Motion and all papers filed in support thereof,

26  having noted the lack of any response from the Defendant, having previously entered Default

27  against Defendant, having found that notice of the Motion was adequate and proper, and good

28  cause appearing,

1023073.1  25184                                1

**ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion is granted in its entirety.

2. The Trustee shall have a judgment against Defendant Shahram Elyaszadeh in the amount of $974,676.00.

3. The Trustee is awarded his costs of suit.

4. The Trustee is awarded pre-judgment interest, pursuant to the prevailing federal rate.

###

Date: August 13, 2013

*Barry Russell* (signature)

Barry Russell
United States Bankruptcy Judge

1023073.1  25184

2

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*): **DEFAULT JUDGMENT** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner stated below:

**1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** - Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order. As of (*date*) JULY 18, 2013, the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below:

- **Mediator** Allan H Ickowitz aickowitz@nossaman.com, mbonilla@nossaman.com

- **R. Todd Neilson (TR)** tneilson@brg-expert.com, sgreenan@brg-expert.com;tneilson@ecf.epiqsystems.com;ntroszak@brg-expert.com

- **Attorney for Trustee** Uzzi O Raanan uor@dgdk.com, DanningGill@Gmail.com

- **United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page.

**2. SERVED BY THE COURT VIA UNITED STATES MAIL**: A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following persons and/or entities at the addresses indicated below:

Debtor: Ezri Namvar, 12855 Parkyns St., Los Angeles, 90049

Defendant: Shahram Elyaszadeh, 11911 San Vicente Blvd., #255, Los Angeles, CA 90049

☐ Service information continued on attached page.

**3. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers, and/or email addresses stated below:

☐ Service information continued on attached page.