PAUL D. MURPHY (State Bar No. 159556)
EDWARD A. KLEIN (State Bar No. 145736)
MURPHY ROSEN LLP
100 Wilshire Boulevard, Suite 1300
Santa Monica, California 90401-1142
Telephone: (310) 899-3300
Facsimile: (310) 399-7201
Email: pmurphy@murphyrosen.com

Attorneys for Third-Party Shaoul Levy

# UNITED STATES BANKRUPTCY COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>EZRI NAMVAR,<br><br>    Debtor, | Case No. 2:08-bk-32349-BR<br><br>Chapter 11<br><br>Adv. No.: 2:11-ap-01340-BR |
| R. TODD NEILSON, AS CHAPTER 11 TRUSTEE FOR THE BANKRUPTCY ESTATE OF EZRI NAMVAR,<br><br>    Plaintiff,<br><br>    v.<br><br>SHAHRAM ELYASZADEH,<br><br>    Defendant. | **THIRD PARTY SHAOUL LEVY'S NOTICE OF JOINDER TO NON-PARTY GREAT AMERICAN CHICKEN CORP., INC.'S OPPOSITION TO MOTION FOR ASSIGNMENT ORDER AND RESTRAINING ORDER**<br><br>Date:   July 3, 2018<br>Time:   10:00 a.m.<br>Courtroom: 1668 |

*PRINTED ON RECYCLED PAPER*

*NOTICE OF JOINDER TO GACC'S OPPOSITION TO MOTION FOR ASSIGNMENT ORDER*

1 **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2     **PLEASE TAKE NOTICE THAT** third party Shaoul J. Levy joins in the

3 Opposition to Motion Against Non-Party Great American Chicken Corp. set to

4 be heard on July 3, 2018, at 10:00 a.m.

6 DATED: June 19, 2018          MURPHY ROSEN LLP

8                        By: /s/ Edward A. Klein
                               Paul D. Murphy
                               Edward A. Klein
                               Attorneys for Third-Party Shaoul Levy

MURPHY ROSEN LLP
100 WILSHIRE BOULEVARD, SUITE 1300
SANTA MONICA, CA 90401-1142
TELEPHONE 310-899-3300; FACSIMILE 310-399-7201

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
Murphy Rosen LLP, 100 Wilshire Boulevard, Suite 1300, Santa Monica, California, 90401

A true and correct copy of the foregoing document entitled (*specify*): **THIRD PARTY SHAOUL LEVY'S NOTICE OF JOINDER TO NON-PARTY GREAT AMERICAN CHICKEN CORP., INC.'S OPPOSITION TO MOTION FOR ASSIGNMENT ORDER AND RESTRAINING ORDER** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **June 19, 2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Peter A Davidson**   pdavidson@ecjlaw.com, lpekrul@ecjlaw.com
- **Allan H Ickowitz**   aickowitz@nossaman.com, mwiman@nossaman.com
- **Edward A Klein**   eklein@murphyrosen.com, filings@murphyrosen.com;pmurphy@murphyrosen.com;tsteele@murphyrosen.com
- **Kevin J Leichter**   kleichter@theleichterfirm.com, ahewitt@theleichterfirm.com;assistant@theleichterfirm.com
- **Daniel J McCarthy**   dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;docket@hillfarrer.com
- **Byron Z Moldo**   bmoldo@ecjlaw.com, lpekrul@ecjlaw.com
- **R. Todd Neilson (TR)**   tneilson@brg-expert.com, sgreenan@brg-expert.com;tneilson@ecf.epiqsystems.com;ntroszak@brg-expert.com
- **Uzzi O Raanan**   uor@dgdk.com, DanningGill@gmail.com;uraanan@ecf.inforuptcy.com
- **Michael E Schwimer**   michael@swlawllp.com, info@swlawllp.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*)_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **June 19, 2018,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Via Overnight**
The Honorable Barry Russell
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1660 / Courtroom 1668
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 19, 2018 | Sarah Deiches | *(signature)* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**